UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
TRAFFIC SPORTS USA
                  Plaintiff,                    INDEX NO. 11-CV-1454

      -against-


MODELOS RESTAURANTE, INC.               REQUEST TO ENTER
d/b/a SAJUMA RESTAURANT LOUNGE     DEFAULT JUDGMENT
                Defendant,
--------------------------------------------------------------X
To: Douglas C. Palmer, Clerk
    United States District Court
    Eastern District of New York

Please enter the default judgment of defendant, Modelos Restaurante, Inc, d/b/a Sajuma

Restaurant Lounge, pursuant to Rule 55 of the Federal Rules of Civil Procedure for

failure to plead or otherwise defend this action as fully appeared from the Court file

herein and from the attached Affirmation In Support by Paul J. Hooten.




Date: January 24, 2012      By:    /s/ Paul J. Hooten
                                  Paul J. Hooten, Esq. (PJH9510)
                                  The Law Firm of Paul J. Hooten & Associates
                                  5505 Nesconset Hwy., Suite 203
                                  Mt. Sinai, NY 11766
                                  (631) 331-0547

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRAFFIC SPORTS USA
                          Plaintiff,                              INDEX NO. 11-CV-1454

          -against-


MODELOS RESTAURANTE, INC.
d/b/a SAJUMA RESTAURANT LOUNGE                    NOTATION OF DEFAULT
                     Defendant,
-------------------------------------------------------------X

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for

the Eastern District of New York, do hereby certify that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein.  The default of

defendant Modelos Restaurante, Inc. d/b/a Sajuma Restaurant Javier Rivera is hereby

noted pursuant rule 55(a) of the Federal Rules of Civil Procedure.


Dated: Central Islip, New York, 11722
          January 20, 2012                    Douglas C. Palmer___
                                               Clerk of Court

                                          By: /s/ Keith A. Jones
                                               Deputy Clerk

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAFFIC SPORTS USA
                                Plaintiff,                              INDEX NO. 11-CV-01454

            -against-


MODELOS RESTAURANTE, INC.
d/b/a SAJUMA RESTAURANT LOUNGE              AFFIDAVIT FOR JUDGMENT
                                                         BY DEFAULT
                        Defendant,
-----------------------------------------------------------------X

STATE OF NEW YORK          )
                           )        ss:
COUNTY OF NEW YORK         )

Paul J. Hooten, being duly sworn, deposes and says:

I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten

& Associates, attorney for plaintiff in the above-entitled action and I am familiar with all

the facts and circumstances in this action.

1.   I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the

Eastern District of New York, in support of plaintiff's application for the entry of a default

judgment against defendant.

2.     This is an action to recover the unauthorized exhibition of the telecast of the March

28, 2009, CONCACAF World Cup Qualifier Tournament by the defendant at it's

establishment.  See attached summons and complaint attached hereto as Exhibit "A".

3.  This action was commenced on March 24, 2011 by the filing of the summons and

complaint.  A copy of the summons and complaint was served on Modelos Restaurante, Inc.

3

d/b/a Sajuma Restaurant Lounge on April 22, 2011 by service on Lisa Vorraro , a person who is know to be an Authorized Agent.  The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

4.   This action seeks judgment in the amount of $12,072.75, plus interest at 9% from March 28, 2009, amounting to $3,078.55, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $15,621.30.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
       January 16, 2012               By:    /s/ Paul J. Hooten
                                              Paul J. Hooten (PJH 9510)

Sworn to before me this
16th day of January, 2012

/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2014

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAFFIC SPORTS USA
                 Plaintiff,                INDEX NO. 11-CV-1454

     -against-


MODELOS RESTAURANTE, INC.
   d/b/a SAJUMA RESTAURANT LOUNGE      STATEMENT OF DAMAGES
           Defendant,
-----------------------------------------------------------------X



Amount of judgment .......................................................     $12,072.75

Interest at 9% from March, 2009 through January, 2012…....    $ 3,078.55

Costs and Disbursements:

Clerk's fee ...............................................................      $   350.00
Process server fees ……………………….      $   120.00

Total as of January, 2012 .........................................     $15,621.30

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRAFFIC SPORTS USA
                   Plaintiff,                  INDEX NO. 11-CV-1454

       -against-

MODELOS RESTAURANTE, INC.
d/b/a SAJUMA RESTAURANT LOUNGE         DEFAULT JUDGMENT
                 Defendant,
---------------------------------------------------------------X

The summons and complaint having been duly served on defendant, Modelos Restaurante, Inc. d/b/a Sajuma Restaurant Lounge on on April 22, 2011; that defendant Modelos Restaurante, Inc. d/b/a Sajuma Restaurant Lounge, having failed to plead or otherwise defend in this action; that the default having been duly noted, and that upon the annexed affidavit in support of the default judgment it is;

**ORDERED AND ADJUDGED**, that plaintiff Traffic Sports USA, do recover from defendant, Modelos Restaurante, Inc. d/b/a Sajuma Restaurant Lounge, the sum of $12,072.75, with interest at 9% from March 28, 2009, amounting to $3,078.55; plus costs and disbursements of $470.00, for a total judgment in the amount of $15,621.30, plus post- judgment interest at the rate at the date of this judgment.

Dated: _____        **SO ORDERED:**


                          _____
                          Arthur D. Spatt
                          United States Bankruptcy Judge

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRAFFIC SPORTS USA
                        Plaintiff,                                    INDEX NO. 11-CV-1454

        -against-


MODELOS RESTAURANTE, INC.
d/b/a SAJUMA RESTAURANT LOUNGE              CERTIFICATE OF SERVICE
                    Defendant,
-------------------------------------------------------------X

I certify that a copy of the Request To Enter Default Judgment, Notation Of Default,

Affidavit For Judgment By Default, Statement Of Damages and Judgment was sent via

the U.S. Postal Service certified mail within the State of New York, First Class Mail

addressed to the following on January 24, 2012:

To:     Modelos Restaurante, Inc.
        d/b/a Sajuma Restaurant Lounge
        1770 New York Avenau
        Huntington Station, NY 11746



                        By:     /s/ Lucille Eichler
                                Lucille Eichler
                                Paul J. Hooten & Associates
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766

7